**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIE DEBARDELABEN, JR.,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case Number: 04-CV-74504

JUDGE PAUL D. BORMAN
MAG. JUDGE R. STEVEN WHALEN
UNITED STATES DISTRICT COURT

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF 1) GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT; AND 2) DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT**

      Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment. Having reviewed that Report and Recommendation, Plaintiff's objections thereto, and Defendant's response to those objections, the Court enters as its findings and conclusions the Report and Recommendation granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment.

**SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: DEC 1 9 2005
       Detroit, Michigan

1